# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA KARIN PALACIOS-BERNAL,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM P. BARR, United States Attorney General,<br><br>Respondent. | Case No. 5:19-cv-01963-RGK-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus filed herewith,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 23, 2019

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE